■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RODRIGUEZ, Appellant. (Appeal No. 2.) [725 NYS2d 260] —Resentence unanimously affirmed. Same Memorandum as in *People v Rodriguez* (284 AD2d 952 [decided herewith]). (Appeal from Resentence of Supreme Court, Monroe County, Smith, J.—Resentence.) Present—Pigott, Jr., P. J., Green, Hayes, Kehoe and Burns, JJ.

■ In the Matter of WILLIAM B. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DIANA B., Appellant. [729 NYS2d 923] —Order unanimously affirmed without costs. Memorandum: Contrary to respondent's contention, Family Court's finding of neglect was not rendered "unreliable and untrustworthy" as a result of the decision of respondent's attorney, at respondent's instructions, to forego cross-examination of petitioner's only witness, the caseworker assigned to respondent's case. (Appeal from Order of Erie County Family Court, Rosa, J.—Neglect.) Present—Pigott, Jr., P. J., Green, Hayes, Kehoe and Burns, JJ.